UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
Tianna Dixon,

Plaintiff,

26-CV-03789 (LAK)

v.

Virgin Hotels,

Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/22/26

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

The case is dismissed for lack of prosecution.

SO ORDERED.

Dated: July 22, 2026

Lewis A. Kaplan
United States District Court