Case 1:26-cv-03789-LAK Document 12 Filed 07/23/26 Page 1 of 22

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 07/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---x

TIANNA DIXON,

Plaintiff,

v.

VIRGIN HOTELS,

Defendant.

---x

Case No. 1:26-cv-03789 (LAK)

ECF Case

MEMO ENDORSED

**NOTICE OF MOTION TO VACATE THE DISMISSAL FOR LACK OF PROSECUTION AND TO RESTORE THE ACTION [FED. R. CIV. P. 60(b)(1)]**

PLEASE TAKE NOTICE that, upon the annexed Declaration of Ali R. Jaffery, Esq., executed on July 23, 2026, and the exhibits thereto; the accompanying Memorandum of Law; and all prior pleadings and proceedings had herein, Plaintiff Tianna Dixon ("Plaintiff"), by and through her attorneys, Sutton Sachs Meyer PLLC, will move this Court, before the Honorable Lewis A. Kaplan, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time to be designated by the Court, for an Order:

(a) pursuant to Federal Rule of Civil Procedure 60(b)(1), vacating this Court's Order entered July 22, 2026 (Dkt. No. 11), which dismissed this action for lack of prosecution, and restoring the action to the Court's active docket;

(b) granting Plaintiff leave to file, within seven (7) days of the Order restoring the action, a proposed Clerk's Certificate of Default in full compliance with Local Civil Rule 55.1, together with a supporting attorney declaration and proof of service, and thereafter to move promptly for default judgment pursuant to Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2; and

(c) granting Plaintiff such other and further relief as this Court deems just and proper.

Memo Endorsement Dixon v. Virgin Hotels, 26-cv-3789 (LAK)

Substantially for the reasons stated in Plaintiff's motion (Dkt 12), the Court's July 22 order of dismissal (Dkt 11) hereby is VACATED pursuant to Federal Rule of Civil Procedure 60(b)(1). Plaintiff shall file a Request to Enter Default that complies in all respects with Local Civil Rule 55.1 **no later than July 31, 2026**. The Clerk respectfully is directed to reopen the case.

SO ORDERED.

Dated: July 27, 2026

Lewis A. Kaplan
United States District Judge